UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| BRUCE SCHEID, | ) SA CV 12-00022-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

Pursuant to the Joint Stipulation to reopen the case and entered judgment for plaintiff, Judgment is entered in favor of plaintiff.

DATED: June 26, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE