**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Bruce Scheid

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SCHEID,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. SACV12-00022-SH<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($2,600.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and SIXTY-NINE CENTS ($369.69) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 26, 2013

_____
THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1